## Theodore SOLIS, Appellant,

v.

## STATE of Missouri, Respondent.

### No. WD 64281.

Missouri Court of Appeals, Western District.

June 7, 2005.

Andrew Allen Schroeder, Appellate Defender Office, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Deborah Daniels and Shawn Naccarato, Office of Attorney General, Jefferson City, for Respondent.

Before JAMES M. SMART, JR., Presiding Judge, RONALD R. HOLLIGER, Judge, and LISA WHITE HARDWICK, Judge.

## ORDER

Theodore Solis appeals the denial, without evidentiary hearing, of his Rule 29.15 motion for post-conviction relief. We have reviewed the briefs of the parties and the record on appeal and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order. Rule 84.16(b).